1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   GARDEN CITY BOXING CLUB, )        CASE NO.  CV 05-2739 ER (PJWx)
     INC.,                    )
12                            )
                Plaintiff,    )        RENEWAL OF DEFAULT JUDGMENT
13                            )        BY CLERK
     vs.                      )
14                            )
     ANTONIO RODRIGUEZ and    )
15   ELIZABETH RODRIGUEZ,     )
     individually and dba Fiesta )
16   Mexicana Bar,            )
                              )
17              Defendant.    )
     _____  )
18
         Based upon the application for renewal of the judgment of the original
19
     judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,
20
     and for good cause appearing, therefore,
21
         The judgment to and against Defendants ANTONIO RODRIGUEZ and
22
     ELIZABETH RODRIGUEZ, individually and dba Fiesta Mexicana Bar, the Default
23
     Judgment entered on 9/7/05 [copy attached] is hereby renewed in the amounts as set
24
     forth below:
25
         Renewal of money judgment
26
              a. Total judgment                        $18,090.00
27            b. Costs after judgment                  $   -0-
              c. Attorneys fees:                       $   -0-
28            d. Subtotal (*add a and b*)              $18,090.00

|   |   |   |
|---|---|---|
| e. | Credits after judgment | $   -0- |
| f. | Subtotal (*subtract d from c*) | $18,090.00 |
| g. | Interest after judgment | $ 4,098.20 |
| h. | Fee for filing renewal application | $   -0- |
| I. | **Total renewed judgment** *(add e, 5, and g)* | $22,188.20 |

DATED:   10/21/14            CLERK, by   s/ J. Remigio
                                         Deputy _____,

1  Thomas P. Riley, SBN# 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  One California Plaza
   300 South Grand Avenue, Suite 2670
3  Los Angeles, CA 90071

4  Tel: 213-229-9292
   Fax: 213-229-9295
5  TPRLA@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7

**ORIGINAL**

**FILED**
CLERK, U.S. DISTRICT COURT

SEP - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Garden City Boxing Club, Inc., | Case No. CV 05-2739 ER (PJWx) |
|---|---|
| Plaintiff, | **JUDGMENT (Proposed)** |
| Vs. | |
| Antonio Rodriguez, et al. | |
| Defendant. | |

**ENTERED**
CLERK, U.S. DISTRICT COURT

SEP 9 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

        Default having been entered in this action on June 3, 2005, the application for
and declarations in support of default judgment having been filed on June 8, 2005, and
having been served on the Defendant and notice given and no appearance by the
Defendant having been made in person or in writing and all other requirements for
entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been
certified to by Plaintiff's counsel, now therefore,

///
///
///

Page 1

RightFAX          9/12/2005 2:26     PAGE 004/004     Fax Server

1    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be
2    entered against Defendants Antonio Rodriguez and Elizabeth Rodriguez,
3    individually and d/b/a Fiesta Mexicana Bar and in favor of Garden City Boxing
4    Club, Inc. in the sum of $16,500.00 plus attorneys' fees in the amount of
5    $1,590.00, and costs to be claimed on a Bill of Costs.
6
7
8
9    IT IS SO ORDERED:
10
11
12
13
14   The Honorable Edward Rafeedie        Dated: ___SEP   8 2005___
15   United States District Court
16   Central District of California
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Page 2

**PROOF OF SERVICE**

ANTONIO RODRIGUEZ and ELIZABETH RODRIGUEZ,
individually and dba Fiesta Mexicana Bar
1105 W. Whittier Blvd.
Montebello, CA 90640

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2014.

/s/ Karene Jen
Karene Jen