JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | Case No.   CV 05-02739 WDK-PJW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ANTONIO RODRIGUEZ, ET AL.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff Garden City Boxing Club, Inc. and against defendants Antonio Rodriguez, individually and doing business as Fiesta Mexicana Bar and Grill, and Elizabeth Rodriguez, individually and doing business as Fiesta Mexicana Bar and Grill, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Antonio Rodriguez, individually and doing business as Fiesta Mexicana Bar and Grill, and Elizabeth Rodriguez, individually and doing business as Fiesta Mexicana Bar and Grill, shall pay the plaintiff, Garden City Boxing Club, Inc., $6,400.00 in total damages.

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendants or the pro se defendants in this matter.

Dated: October 4, 2016

_____
William Keller
United States District Judge